JAN 2 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR 004-JAH |
| Plaintiff, | ) ) | I N F O R M A T I O N |
| v. | ) ) | Title 8, U.S.C., Sec. 1326(a) and (b) - Deported Alien Found in the United States (Felony) |
| SERGIO MARTINEZ-PADILLA, | ) ) ) | |
| Defendant. | ) ) | |

The United States Attorney charges:

On or about December 1, 2007, within the Southern District of California, defendant SERGIO MARTINEZ-PADILLA, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a) and (b).

//

//

WDK:psd:San Diego
12/06/2007

1 |     It is further alleged that defendant SERGIO MARTINEZ-PADILLA
2 | was removed from the United States subsequent to June 13, 2001.
3 | DATED: January 2, 2008.
4 |                           KAREN P. HEWITT
                            United States Attorney

*Charlotte E. Kaeser for*
DOUGLAS KEEHN
Assistant U.S. Attorney